DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DESIREE CHIN,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF HEALTH,**
Appellee.

No. 4D2024-2321

[October 23, 2025]

Appeal from the State of Florida, Department of Health; L.T. Case No. 202473913.

Dedrick D. Straghn, Delray Beach, for appellant.

Sarah Young Hodges, Chief Appellate Counsel, Prosecution Services Unit, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***